**Lewis R. Landau (CA Bar No. 143391)**
**Attorney-at-Law**
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888) 822-4340

Attorney for Alan Jay Baron, Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Alan Jay Baron,<br><br>            Debtor. | Case No.: 1:08-16222 KT<br><br>Adversary No.:<br><br>Chapter 13<br><br>**NOTICE OF REMOVAL OF ACTION TO UNITED STATES BANKRUPTCY COURT; PLEADINGS FILED IN REMOVED CASE**<br><br>Status Conference:<br>Date:  To be set<br>Time: To be set<br>Crtm:  301 |
| U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund,<br><br>            Plaintiff,<br><br>vs.<br><br>Alan Jay Baron, and Does I through X,<br><br>            Defendants. | |

       Alan Jay Baron, Chapter 13 Debtor ("Debtor") herein removes the attached "Complaint for

Unlawful Detainer" and all claims and causes of action set forth therein ("Complaint") from the

Superior Court of the State of California, County of Los Angeles ("Superior Court") to the United

States Bankruptcy Court for the Central District of California.  Pursuant to Federal Rule of

Bankruptcy Procedure 9027 and in support of this Notice of Removal, Baron states as follows:

       1.       On August 22, 2008 Debtor filed a voluntary chapter 13 petition.  The Debtor's

chapter 13 case is presently pending before the Bankruptcy Court.

1    2.    On or about May 15, 2008, U.S. Bank National Association, as Trustee, for the

2    Benefit of Harborview 2005-16 Trust Fund, filed the Complaint assigned case number 08R00036.

3    True and correct copies the Superior Court's on-line case docket, the Complaint and the Answer

4    are collectively attached hereto as Exhibit 1.

5    3.    The claims set forth in the Complaint are related to the Debtor's bankruptcy case.

6    Thus, the Bankruptcy Court has jurisdiction over the claims set forth in the Complaint pursuant to

7    28 U.S.C. § 1334(b).  Removal is authorized pursuant to 28 U.S.C. § 1452(a).  The claims set

8    forth in the Complaint are civil actions other than proceedings before the Tax Court or a civil

9    action by a governmental unit to enforce such unit's police or regulatory power.  The claims set

10    forth in the Complaint are core proceedings because, among other reasons, they involve a

11    determination of the Debtor's right, title and interest in the Debtor's real property located at 29711

12    Harvester Road, Malibu, California 90265.

13    Dated:  November 12, 2008

**Lewis R. Landau
Attorney at Law**


By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorney for Debtor

# EXHIBIT 1

# Case Summary

**Case Number:** 08R00036
U.S. BANK NATIONAL ASSOCIATION VS. BARON, ALAN

**Filing Date:** 05/15/2008
**Case Type:** U.D.- RESIDENTIAL (Limited Jurisdiction)
**Filing Court:** Malibu Courthouse
**Status:** ACTIVE PENDING

---

## Future Hearings

**12/08/2008** at 09:00 AM in department 1 at 23525 Civic Center Way, Malibu, CA 90265
STATUS CONFERENCE

---

[History Information]

## Parties

**Plaintiff:** U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE BENEFIT OF HA
**Attorney:** MILES, WRIGHT, FINLAY & ZAK, LLP - KEENAN E. MCCLENAHAN ESQ

**Defendant:** BARON ALAN
**Attorney:** None

---

[Party Information]

## Histories ( Dates listed in descending order)

**10/07/2008** MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

**10/07/2008** CASE FILE RETURNED TO CIVIL DEPARTMENT FROM COURTROOM.

**10/06/2008** STIPULATION FOR COMMISSIONER TO ACT AS TEMPORARY JUDGE SIGNED AND FILED.

**10/06/2008** CAUSE CALLED AT 08:30A M, IN DEPT. 003 , HON. H. JAY FORD, COMMISSIONER PRESIDING FOR STATUS CONFERENCE.
PLAINTIFF APPEARING BY STEVE J. STEVENS. DEFENDANT APPEARING IN PRO PER. MATTER CONTINUED TO 12/08/08 AT 09:00A M, IN DEPT. 001 .

**10/03/2008** MATTER TRANSFERRED TO DIV. 003 . DUE TO DEPARTMENT 1 BEING ENGAGED IN TRIAL.

**08/25/2008** CAUSE CALLED AT 08:30A M, IN DEPT. 001 , HON.

LAWRENCE J. MIRA PRESIDING FOR COURT TRIAL .

**08/25/2008** MATTER SET FOR STATUS CONFERENCE ON 10/06/08 AT 08:30A
M, IN DEPT. 001 .

**08/08/2008** NOTICE OF TRIAL FILED.

**08/04/2008** MATTER CONTINUED FOR COURT TRIAL TO 08/25/08 AT 08:30A
M, IN DEPT. 003

**06/26/2008** NOTICE OF CONTINUANCE FILED.

**06/23/2008** STIPULATION FOR COMMISSIONER TO ACT AS TEMPORARY JUDGE
SIGNED AND FILED.

**06/23/2008** CAUSE CALLED AT 08:30A M, IN DEPT. 003 , HON. H. JAY
FORD PRESIDING FOR COURT TRIAL. PLAINTIFF(S) APPEARING
JEFFREY COHEN APPEARING FOR MILES, BAUER, BERGSTROM &
WINTER . DEFENDANT(S) APPEARING ALAN BARON ON HIS OWN
BEHALF . DEFAULT DULY ENTERED AS TO ALL OTHER OCCUPANTS
ON 6/13/08.

**06/23/2008** NOTICE OF COMMENCEMENT OF CASE RE: BANKRUPTCY CODE,
MEETING OF CREDITORS, AND FIXING OF DATES FILED. COPY OF
NOTICE DATED 6/20/08 US BANKRUPTCY COURT CENTRAL DISTRICT
FILED.

**06/23/2008** MATTER CONTINUED FOR HEARING FOR BANKRUPTCY STATUS OR
TRIAL SETTING CONFERENCE TO 08/04/08 AT 08:30A M, IN
DEPT. 003

**06/23/2008** ATTORNEY FOR PLAINTIFF TO GIVE NOTICE.

**06/19/2008** MATTER TRANSFERRED TO DIV. 003 . DEPARTMENT 1 IS
ENGAGED IN TRIAL.

**06/13/2008** PROOF OF SERVICE PURSUANT TO 415.46 CCP FILED. REQUEST
FILED AND DEFAULT ENTERED AS TO ANY AND ALL UN-NAMED
OCCUPANTS. DECLARATION UNDER 585.5 CCP, DECLARATION
PURSUANT TO 587 CCP MEMO OF COSTS, AND DECLARATION OF
NON-MILITARY STATUS FILED.

**06/13/2008** MEMO TO SET CASE FOR COURT TRIAL FILED.

**06/13/2008** MATTER SET FOR UNLAWFUL DETAINER COURT TRIAL ON 06/23/08
AT 08:30A M., IN DEPT. 001 .

**06/13/2008** CLERK`S NOTICE OF UNLAWFUL DETAINER COURT TRIAL FILED
AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CERTIFICATE OF
MAILING FILED.

**05/27/2008** ANSWER FILED OF (BARON, ALAN) . RECEIPT # MAL517212002
.

5

**05/15/2008** UNLAWFUL DETAINER COMPLAINT FILED. RN MAL472300006.

**05/15/2008** SUMMONS ISSUED.

**05/15/2008** SUMMONS FILED.

**05/15/2008** NOTICE OF UNLAWFUL DETAINER FILING MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

**05/15/2008** NOTICE OF UNLAWFUL DETAINER FILING MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

**05/15/2008** NOTIC OF CASE ASSIGNMENT - LIMITED CIVIL CASE FILED. COPY GIVEN TO PLAINTIFF AT THE COUNTER

Case Information | Party Information | History Information

# SUMMONS
## *(CITACIÓN JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ORIGINAL FILED**

MAY 1 5 2008

LOS ANGELES
SUPERIOR COURT

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ALAN BARON and does I through X, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE
BENEFIT OF HARBORVIEW 2005-16 TRUST FUND

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   **CASE NUMBER:** *(Número del Caso):* 08R00036

   SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
   23525 Civic Center Way

   Malibu, California 90265
   MALIBU/WEST DISTRICT

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Keenan E. McClenahan, Esq., Bar No. 151336          (714) 481-9100
   MILES, BAUER, BERGSTROM & WINTERS, LLP               (714) 481-9151
   1665 Scenic Avenue, Suite 200
   Costa Mesa, California 92626

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did
   for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date:
*(Fecha):* MAY 1 5 2008          Clerk, by D. MILLS, Deputy
                                 *(Secretario)*            *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]
COPY

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [X] as an occupant
   d. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [X] CCP 415.46 (occupant)             [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Page 1 of 2

Code of Civil Procedure §§ 412.20, 415.456, 1167

Legal Solutions Plus

| | |
|---|---|
| 1 | **MILES, BAUER, BERGSTROM & WINTERS, LLP**<br>Keenan E. McClenahan, Esq., Bar No. 151336 |
| 2 | 1665 Scenic Avenue, Suite 200 (08-64940/BARON)<br>Costa Mesa, CA 92626 |
| 3 | Phone: (714) 481-9100<br>Facsimile: (714) 481-9151 |
| 4 | |

**ORIGINAL FILED**

**MAY 15 2008**

**LOS ANGELES
SUPERIOR COURT**

5 Attorneys for Plaintiff,
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
6 FOR THE BENEFIT OF HARBORVIEW 2005-16 TRUST
7 FUND

8
SUPERIOR COURT OF THE STATE OF CALIFORNIA

9
FOR THE COUNTY OF LOS ANGELES

10
MALIBU/WEST DISTRICT

11

12                                                     08CC0036

| | | |
|---|---|---|
| 13 | U.S. BANK NATIONAL ASSOCIATION, | ) CASE NO.: |
| 14 | AS TRUSTEE, FOR THE BENEFIT OF<br>HARBORVIEW 2005-16 TRUST FUND, | ) **COMPLAINT FOR UNLAWFUL**<br>) **DETAINER** |
| 15 | Plaintiff(s), | ) |
| 16 | vs. | ) |
| 17 | ALAN BARON, and DOES I through X,<br>Inclusive, | ) [THE DEMAND DOES NOT EXCEED<br>) $10,000] |
| 18 | Defendants. | ) |
| 19 | | ) |

20
Plaintiff alleges:

21
  1. Plaintiff, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE
22
BENEFIT OF HARBORVIEW 2005-16 TRUST FUND ("Plaintiff"), is at all times mentioned a
23
Corporation authorized to do business in California and is the owner of and entitled to immediate
24
possession of the subject property generally described as 29711 HARVESTER ROAD,
25
MALIBU, CALIFORNIA 90265 ("Property").
26
  2. Plaintiff is informed and believes that Defendants, and each of them, are now and at
27
all times mentioned herein were resident(s) of the County of LOS ANGELES, State of
28
California.

-1-
COMPLAINT FOR UNLAWFUL DETAINER

8

3. Plaintiff is unaware of the true names and capacities whether individual, corporate, associate or otherwise of the Defendants sued as Does 1 through 10, inclusive, and therefore Defendants are sued under fictitious names. When the true names and capacities of the fictitiously named Defendants have been ascertained, Plaintiff will seek leave of the Court to amend this Complaint accordingly. Plaintiff is informed and believes that the fictitiously named Defendants are responsible in some manner for the events and happenings hereinafter referred to, thereby causing Plaintiff the damages herein alleged.

4. Plaintiff is informed and believes that ALAN BARON is in possession of the Property.

5. Prior to the commencement of this action, title to the subject Property was vested in the name or names of ALAN BARON. ALAN BARON was the original Trustor under a Deed of Trust, which secured the Property, recorded in the official records of LOS ANGELES County, California. The Deed of Trust contained a power of sale clause that allowed the Trustee to proceed with a non-judicial foreclosure upon default.

6. The Property was sold by the Trustee to Plaintiff at a Trustee's Sale. Said Trustee's Sale was held in accordance with California Civil Code §2924 et. seq.

7. The Trustee's Sale was duly perfected by recording a Trustee's Deed Upon Sale in the Office of the County Recorder of LOS ANGELES County, California. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and incorporated herein by reference.

8. After Plaintiff obtained legal title to the Property, Plaintiff caused to be served on the Defendant a Notice to Quit. The Notice to Quit gave any tenant thirty (30) days in which to vacate the Property and the previous owner or any other occupant three (3) days in which to vacate the Property upon service of the Notice to Quit.

9. Service of the Notice to Quit on ALAN BARON, and all other occupants was effected by posting a copy of the Notice to Quit at the premises on April 25, 2008, and by mailing a copy

COMPLAINT FOR UNLAWFUL DETAINER

of same on April 25, 2008, because defendant could not be found on the premises. Attached hereto as Exhibit "B" is a true and correct copy of the Notice to Quit along with copies of the Proof of Service.

10. More than three (3) days have elapsed since service of said Notice to Quit on the Defendant, but Defendant has failed and refused to deliver up possession of the Property.

11. Plaintiff demands possession of the Property from the Defendants, and each of them, pursuant to California Code of Civil Procedure §1161a(b) and §1161a(c).

12. Defendant continues in possession of the Property without Plaintiff's permission or consent.

13. The reasonable daily rental value of the Property is $535.00.

WHEREFORE, Plaintiff prays for Judgment against Defendants, and each of them, as follows:

a) Restitution and possession of the Property;

b) An Order directing Defendants to quit and deliver up possession of the Property to Plaintiff;

c) Damages at the rate of $535.00 per day, from and including April 29, 2008, for each day that Defendants continue in possession of the Property up to date of Judgment;

d) For costs of suit herein;

e) For such other relief as the Court deems just and proper.

Dated: May 13, 2008          MILES, BAUER, BERGSTROM & WINTERS, LLP


_____

Keenan E. McClenahan, Esq.
Attorneys for Plaintiff

## VERIFICATION

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am an attorney at law duly licensed to practice before this court and I am an associate in the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HARBORVIEW 2005-16 TRUST FUND, a party to this action. Such party is absent from the county aforesaid where such attorneys have their office and make the verification for and on behalf of that party for that reason. I have read the above document and know its contents. I am informed and believe and on that ground allege that the matters stated in it are true.

Executed on May 13, 2008, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Keenan E. McClenahan, Esq.
Attorneys for Plaintiff

-4-

COMPLAINT FOR UNLAWFUL DETAINER

·LANDSAFE III

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
AND WHEN RECORDED MAIL TO:

RECONTRUST COMPANY, N.A.
1757 TAPO CANYON ROAD, SVW-88
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above



04/16/08

**20080655595**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 07-07146
Title Order No. 07-8-025480

## TRUSTEE'S DEED UPON SALE

APN#    4469-028-001         TRANSFER TAX: $   ∅

The Grantee herein was the beneficiary
The amount of the unpaid debt was $ 2,142,842.23
The amount paid by the Grantee was $ 2,040,000.00
The property is in the city of MALIBU, County of LOS ANGELES

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted
Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without
covenant or warranty to:

   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF
HARBORVIEW 2005-16 TRUST FUND

herein called Grantee, the following described real property situated in LOS ANGELES County,
California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by
ALAN BARON, AN UNMARRIED MAN, as Trustor, recorded on 11/14/2005, Instrument Number 05
2737554 ( or Book , Page ) Official Records in the Office of the County Recorder of LOS ANGELES
County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

TS No. 07-07146

Title Order No. 07-8-025480

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 04/04/2008. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 2,040,000.00.

DATE:    April 04, 2008                    **RECONTRUST COMPANY, N.A.**

BY:_____

Renee Friedman, Assistant Secretary

State of California          }

County of Ventura          }

On _Abril 11, 2008_ before me, Angeles Medina, notary public, personally appeared Renee Friedman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)

Angeles Medina

ANGELES MEDINA
Commission # 1786299
Notary Public - California
Ventura County
My Comm. Expires Dec 23, 2011

**EXHIBIT "A"**

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, CITY OF MALIBU, COUNTY OF LOS ANGELES AND IS DESCRIBED AS FOLLOWS:

THAT PORTION OF THE RANCHO TOPANGA MALIBU SEQUIT, IN THE CITY OF MALIBU, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS CONFIRMED TO MATTHEW KELLER BY PATENT RECORDED IN BOOK 1, PAGE 407 ET SEQ., OF PATENTS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE CENTER LINE OF EASEMENT NO. 2 (HARVESTER ROAD), DESCRIBED IN THE DECLARATION OF EASEMENTS RECORDED JANUARY 16, 1947 IN BOOK 24092, PAGE 408 OF OFFICIAL RECORDS, SAID POINT OF BEGINNING BEING NORTH 89°57'29" WEST 258.00 FEET FROM THE EASTERLY EXTREMITY OF THE CENTER LINE COURSE DESCRIBED IN SAID EASEMENTS AS NORTH 89°57'29" WEST 731.49 FEET; THENCE FOLLOWING THE CENTER LINE OF SAID EASEMENT NORTH 89°57'29" WEST 100.00 FEET; THENCE NORTH 00°02'31" EAST 576.61 FEET; THENCE SOUTH 84°59'09" EAST 100.375 FEET; THENCE SOUTH 00°02'31:" WEST 567.91 FEET TO THE POINT OF BEGINNING.

SAID LAND IS ALSO SHOWN AS A PORTION OF PARCEL 17 IN BLOCK 2 ON A RECORD OF SURVEY FILED IN BOOK 58, PAGE 29 OF RECORDS OF SURVEY, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

# NOTICE TO QUIT

### To: ALAN BARON
### AND ALL OTHERS IN POSSESSION

of the premises located at:

### 29711 HARVESTER ROAD, MALIBU, CALIFORNIA 90265

The premises was duly sold in accordance with Section 2924 of the Civil Code of the State of California on April 4, 2008 under the power of sale contained in a Deed of Trust recorded in the official records, Los Angeles County, California, and the title under sale has been duly perfected.

NOTICE IS HEREBY GIVEN that:

(i)     Within **Three (3) Days** after service of this Notice, in the event you are in possession of the premises and you are not a tenant or subtenant as described below;

(ii)    Within **Thirty (30) Days** after service of this Notice, in the event you are in possession of a rental housing unit sold pursuant to Civil Code Section 2924 and you rent or lease the premises either on a periodic basis from week to week, month to month, or other interval, or for a fixed period of time.

You are required to quit and deliver up possession of the premises to the undersigned or to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HARBORVIEW 2005-16 TRUST FUND, owner, who is authorized to receive the same. Your failure to deliver possession of the premises within three/thirty days will cause the undersigned to institute legal proceedings against you to recover possession of the premises and for damages as provided by law.

This notice to you is given pursuant to the provisions of California Code of Civil Procedure Section 1161a.

MILES, BAUER, BERGSTROM & WINTERS, LLP
Attorneys for Owner

Dated: April 24, 2008

by: Keenan E. McClenahan, Esq.
1665 Scenic Ave., Ste. 200
Costa Mesa, CA 92626
(714) 481-9100

File No. 08-64940

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ 3/30 NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

**NAME:ALAN BARON**
**ADDRESS:29711 HARVESTER ROAD, MALIBU, CALIFORNIA 90265**

☐ 1. PERSONAL SERVICE        By delivering a copy of the Notice (s) on        , 2008 at
                             to        at the address above.

☒ 2. CONSTRUCTIVE SERVICE    After due and diligent effort, by service of said Notice (s) as
                             authorized by C.C.P. Section 1162 (2,3) on each of the above
                             named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on        , 2008 at        , with        , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on        , 2008 in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on APRIL 25, 2008 at 06:25PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on APRIL 25, 2008.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/28/2008              NAME:MOHAMMAD KHANOOU
                               C/O NATIONWIDE LEGAL, INC.
                               611 Civic Center Dr. W #204
                               Santa Ana, CA 92701
                               (714) 558-2400
                               The fee for service was: $105.00
                               Registration Number: 5484
                               County: LOS ANGELES
                               Ref.: 2026280

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ 3/30 NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

**NAME:ALL OTHER OCCUPANTS**
**ADDRESS:29711 HARVESTER ROAD, MALIBU, CALIFORNIA 90265**

☐ 1. PERSONAL SERVICE        By delivering a copy of the Notice (s) on     , 2008 at to     at the address above.

☒ 2. CONSTRUCTIVE SERVICE        After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on     , 2008 at     , with     , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on     , 2008 in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on APRIL 25, 2008 at 06:25PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on APRIL 25, 2008.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/28/2008

NAME:MOHAMMAD KHANOOU
C/O NATIONWIDE LEGAL, INC.
611 Civic Center Dr. W #204
Santa Ana, CA 92701
(714) 558-2400
The fee for service was: $35.00
Registration Number: 5484
County: LOS ANGELES
Ref.: 2026281

1  ALAN BARON
   In Propria Persona
2  29711 Harvester Road
   Malibu, Ca. 90265
3  Telephone: (310)924-9441

4  Defendant in Pro Per Alan Baron

ORIGINAL FILED

MAY 2 7 2008

LOS ANGELES
SUPERIOR COURT

6           SUPERIOR COURT OF THE STATE OF CALIFORNIA

7               FOR THE COUNTY OF LOS ANGELES

8
   U.S. BANK NATIONAL ASSOCIATION, )   CASE NO. 08R00036
9  et al,                          )
                                   )   VERIFIED ANSWER OF DEFENDANT
10              Plaintiff,         )   ALAN BARON TO COMPLAINT-
                                   )   UNLAWFUL DETAINER
11      vs.                        )
                                   )
12 ALAN BARON, et al,              )
                                   )
13              Defendant.         )
                                   )
14                                 )
                                   )
15                                 )
                                   )
16 _____ )

17
       TO PLAINTIFF, AND THEIR ATTORNEY OF RECORD HEREIN:
18
       Defendant Alan Baron admits that all the statements of the
19
   complaint are true in paragraphs 2 and 4, only.
20
       Defendant Alan baron has no information or belief that the
21
   following statements of the complaint are true, so defendant
22
   denies paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, and 13,
23
   which defendant denies generally and specifically.
24

25

26

27

28



DEFENDANT'S ANSWER TO COMPLAINT UNLAWFUL DETAINER

## FIRST AFFIRMATIVE DEFENSE

The Complaint, and every cause of action thereof, fails to state facts sufficient to constitute a cause of action against this answering defendant.

## SECOND AFFIRMATIVE DEFENSE

The Complaint, and every cause of action thereof, is barred by the applicable statutes of limitations, specifically, but without limitation, sections 337, 339 and 343 of the California Code of Civil Procedure.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff lacks standing to prosecute and any all causes of action in the Complaint.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate its damages, thus barring or proportionately diminishing plaintiff's recovery, if any.

## FIFTH AFFIRMATIVE DEFENSE

Any duty to plaintiff has been excused by the failure of consideration, waiver, breach of condition precedent, impossibility of performance, prevention, frustration of purpose and/or acceptance by plaintiff or plaintiff's agents or predecessors-in-interest.

## SIXTH AFFIRMATIVE DEFENSE

Any and all damages, if any, sustained or suffered by plaintiff were proximately caused by the negligence and/or affirmative wrongful conduct of plaintiff's agents, successors-in-interest or predecessors-in-interest or third parties, but not by any conduct or negligence of this answering defendant.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred in whole or in part by the doctrine of waiver to assert the claims alleged in the Complaint against this answering defendant.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is estopped from asserting the claims alleged in the Complaint against this answering defendant.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff is barred in whole or in part by the equitable doctrine of laches from asserting the claims alleged in the  Complaint against this answering defendant.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff is barred in whole or in part by the equitable doctrine of unclean hands to assert the claims alleged in the Complaint against this answering defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action for, or to support an award of, punitive damages against this answering defendant.

## TWELFTH AFFIRMATIVE DEFENSE

This answering defendant alleges, without admitting the existence of any contract, that no contract was formed as alleged in the Complaint, as there was a lack of mutual assent as to the definite terms of the contract.

## THIRTEENTH AFFIRMATIVE DEFENSE

This answering defendant alleges, without admitting the existence of any contract, that this answering defendant's

1 performance under any contract alleged in the Complaint was
2 excused by prior breach of the plaintiff's assignor.

### FOURTEENTH AFFIRMATIVE DEFENSE

4 This answering defendant alleges, without admitting the
5 existence of any contract, that any performance of this answering
6 defendant required by any contract between the parties has been
7 excused under the doctrine of accord and satisfaction.

### FIFTEENTH AFFIRMATIVE DEFENSE

9 This answering defendant alleges, without admitting the
10 existence of any contract, that the answering defendant has fully
11 performed each and every obligation under any contract between
12 the parties.

### SIXTEENTH AFFIRMATIVE DEFENSE

14 This answering defendant alleges, without admitting the
15 existence of any contract, that any alleged contract between
16 plaintiff and this answering defendant as alleged in the
17 Complaint was obtained as the result of plaintiff's fraud and is
18 therefore unenforceable.

### SEVENTEENTH AFFIRMATIVE DEFENSE

20 This answering defendant alleges, without admitting the
21 existence of any contract, that any contract alleged in the
22 Complaint to exist between the parties is unenforceable, as some
23 or all of the parties lacked capacity to contract.

### EIGHTEENTH AFFIRMATIVE DEFENSE

25 This answering defendant alleges that no contract was
26 formed as alleged in the Complaint, as no privity between the
27 plaintiff and this answering defendant exists as to any contract
28 alleged in the Complaint.

## NINETEENTH AFFIRMATIVE DEFENSE

This answering defendant alleges, without admitting the existence of any contract, that enforcement of any contract alleged in the Complaint is barred by the statute of frauds.

## TWENTIETH AFFIRMATIVE DEFENSE

This answering defendant alleges that plaintiff breached Article XX, Section 20.13, entitled "Quiet Possession", under said lease which provides that the tenant, upon paying the rent and performing the covenants and conditions of this lease, may quietly have, hold and enjoy the premises during the term hereof.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff has breached the covenant of quiet enjoyment by failing to abate a continuing public nuisance as a result of their failure to keep in good order, condition and repair the septic system for the premises.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff, negligently owned, maintained, controlled, and managed the leased premises, so as to failure and refuse to keep in good order, condition and repair the septic disposal system for the premises, thus proximately causing the injuries and damages described herein.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff has breached the implied covenant of good faith and fair dealing with this answering defendant.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff has breached the requirements of the Federal Real Estate Settlement Procedures Act with this answering defendant.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff has engaged in Deceptive Lending Practices with this answering defendant in violation of State and Federal law.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff has breached the requirements of the Federal Truth in Lending Act with this answering defendant.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has breached the requirements of California Civil Code Section 2924 relating to non-judicial foreclosure sales. Attached hereto as Exhibit "A" and incorporated by reference herein is a demand letter dated May 20, 2008, which describes the affirmative defenses of this answering defendant to the original lender Countrywide, which can be raised against this Plaintiff.

WHEREFORE, Defendants pray as follows:

       1.   The Plaintiff's Complaint be dismissed;

       2.   That the plaintiff take nothing by its Complaint;

       3.   For reasonable attorneys' fees; and

       4.   For costs of suit incurred herein; and

       5.   For such other further relief as the Court may deem just and proper.

DATED: May 25, 2008

Alan Baron,
Defendant in Pro Per

# VERIFICATION

I have read the foregoing VERIFIED ANSWER OF DEFENDANT ALAN BARON TO COMPLAINT-UNLAWFUL DETAINER, and know its contents.

**XX**    I am a party to this action. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief and, as to those matters, I believe them to be true.

_____ I am \_\_\_\_ an officer \_\_\_\_\_ a partner \_\_\_ a \_\_\_\_\_ of
_____
a party to this action and am authorized to make this Verification for and on its behalf. I make this Verification for that reason. I have read the foregoing document and know its contents. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief and, as to those matters, I believe them to be true.

_____ I am one of the attorneys for_____, a party to this action. Such party is absent from the aforesaid county where such attorneys have their offices and I make this Verification for and on behalf of that party for that reason. I have read the foregoing document and know its contents. I am informed and believe and on that ground allege that the matters stated in it are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of May, 2008, at Malibu, California.

_____
Alan Baron

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9777 Wilshire Boulevard, Suite 1000, Beverly Hills, California 90212, and am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On May 25, 2008 I served the foregoing document described as: VERIFIED ANSWER OF DEFENDANT ALAN BARON TO COMPLAINT-UNLAWFUL DETAINER, on the interested parties in this action:

√√√ By placing _____ the original √√√ a true copy thereof enclosed in a sealed envelope addressed as follows:

Keenan E. McClenahan, Esq.
MILES, BAUER, BERGSTROM, & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa mesa, CA 92626

√√√ (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on a motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (FACSIMILE) By causing a true and correct copy of same to be sent by facsimile to the addressee(s).

_____ (PERSONAL SERVICE) By causing such envelope to be delivered by hand to the office(s) of the addressee(s).

√√√ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 25, 2008 at Beverly Hills, California.

__Lorraine Auzout__

DEFENDANT'S ANSWER TO COMPLAINT UNLAWFUL DETAINER

# Neil F. Garfield

### Attorney at Law
4980 S Alma School Rd. A-2
Suite 124
Chandler, Az 85248
Tel: 480-895-5443 Fax: 772-594-6244 ngarfield@msn.com

May 20, 2008

Countrywide Home Loans
Customer Service Department
P.O. Box 5170
Simi Valley, Ca 93062-5170

Reconstruct Company, N.A.'
1757 Tapo canyon Road, SVW-88
Simi Valley, CA 93063

**COPIES SENT TO:**
**Joseph Bisogno, SVP,**
**Loan Compliance Advisory Group**
**on behalf of Alan Baron**

RE: ALAN BARON, SSN# 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 //// LOAN # 114909362 and LOAN #101496027
   PROPERTY ADDRESS: 29711 Harvester Rd., Malibu, CA 90265

Dear Sir or Madam:

Please accept this letter on behalf of the above-named property owner and borrower.

**You have previously been presented with proper notices** of deceptive lending
practices in the closing on the above-referenced loans. Said notices were accompanied
by Proposed resolutions under the Federal Truth in Lending Act and the Real Estate
Settlement Procedures Act.

**Notwithstanding the above, your agents have proceeded to sale and now seek
eviction** of the homeowner/borrower, despite the facts that the borrower is not in
default, the lender and trustee are ignorant of any facts to state affirmatively that the
borrower is or is not in default, the lender is in default of its obligations under applicable
Federal and State laws, the lender at the closing the servicing agent are not the real
parties in interest (i.e., they lack standing to proceed to judicial or non-judicial sale), the
trustee and lender lack authority to proceed but have intentionally and fraudulently filed
papers and posted notices as though the authority was present.

Under Federal Law, you are a provider of financial services and/or products to a borrower whom you or your agents, predecessors, or successors intentionally deceived at the closing of the loan, conspired to misrepresent the proper appraised value of the property, and have now ignored your basic responsibilities of presenting a response to the notices and correspondence already on file with you and regulatory agencies, who have been informed of your illegal and improper conduct.

Notwithstanding the above, *Mr. Baron is now faced with the apparent prospect of losing his house, his credit rating, and has been required to seek the services of legal counsel to forestall the loss.*

<u>**YOUR CONDUCT, IF YOU PROCEED, CONSTITUTES CRIMINAL THEFT AND CIVIL THEFT** OF THE REAL PROPERTY SUBJECT TO THE MORTGAGE, NOTE AND PROCEEDINGS YOU HAVE POSTED AND FILED.</u>

Accordingly your position, in the absence of any authority to do so under law is invalid and illegal.

**ON BEHALF OF THE BORROWER/HOMEOWNER DEMAND IS HEREWITH MADE THAT ALL EFFORTS AT SALE, EVICTION OR FORECLOSURE BE STOPPED IMMEDIATELY AS THE PROPERTY IS SCHEDULED FOR EVICTION/SALE WITHIN A FEW DAYS.**

*<u>Any further attempts at collection will result in further action taken on behalf of Ms. Molloy for all remedies available in law and equity in both administrative proceedings, and judicial forums possessing competent jurisdiction, which will seek damages for unfair trade trade practices, treble damages under applicable law for RICO, FTC and little FTC violations, consequential damages and refunds, attorney fees, court costs, and all other available remedies in law or equity.</u>*

**PLEASE GOVERN YOURSELVES ACCORDINGLY!!!**

Very truly yours,


Neil F. Garfield, Esq.
FBN 229318

| In re: |  | CHAPTER 13 |
|--------|--|------------|
| Alan Jay Baron | Debtor(s). | CASE NUMBER 1:08-16222 KT |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

23564 Calabasas Road, Suite 104, Calabasas, CA 91302

The foregoing document described as  NOTICE OF REMOVAL OF ACTION TO UNITED STATES

BANKRUPTCY COURT;PLEADINGS FILED IN REMOVED CASE

_____ will be served or was served in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____11/12/08____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Mark Domeyer        mdomeyer@mileslegal.com

Vahak Papasian       vahak@vaplaw.com

Elizabeth (SV) Rojas      cacb_ecf@ch13wla.com

United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

☐ Service information continued on attached page

**SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/12/08 | Lewis R. Landau | /s/ Lewis R. Landau |
|----------|-----------------|---------------------|
| Date | Type Name | Signature |