1   **Lewis R. Landau** (CA Bar No. 143391)
    **Attorney-at-Law**
2   23564 Calabasas Road, Suite 104
    Calabasas, California 91302
3   Voice and Fax: (888) 822-4340
    Email: Lew@Landaunet.com
4
    Attorney for Alan Jay Baron, Defendant
5

6
                    **UNITED STATES BANKRUPTCY COURT**
7
                    **CENTRAL DISTRICT OF CALIFORNIA**
8
                    **SAN FERNANDO VALLEY DIVISION**
9

10
    In re                                          Case No.:   1:08-16222 KT
11                                                  Adv. No.:   1:08-01591 KT
    Alan Jay Baron,
12                                                  Chapter 13
                        Debtor.
13  _____    **REQUEST FOR JUCICIAL NOTICE IN**
                                         **SUPPORT OF RESPONSE IN OPPOSITION**
14  U.S. Bank National Association as Trustee for  **TO MOTION FOR ORDER REMANDING**
    the Benefit of Harborview 2005-16 Trust        **CASE TO STATE COURT**
15  Fund,
16                        Plaintiff,     Date:       January 6, 2009
                                         Time:       11:00 a.m.
17  vs.                                  Place:      Courtroom 301; Judge Thompson
                                                     21041 Burbank Blvd., 3rd Floor
18  Alan Jay Baron, and does I through X,          Woodland Hills, CA  91367
19                        Defendants.
20  _____

21          Alan Jay Baron ("Baron" or "Debtor") Chapter 13 Debtor and Defendant in the above

22  captioned adversary proceeding herein requests that the Court take judicial notice of the following

23  documents contained in the Court's files pursuant to Federal Rule of Evidence 201, true and

24  correct copies of which are attached hereto:

25  ///

26  ///

27  ///

28  ///

                                                1

**EXHIBIT 1:** Response to Motion for Order to Terminate Annul, Modify, or Condition the Automatic Stay and Declaration of Alan Jay Baron appended thereto; filed 10/8/08 as docket entry 21 in case number 1:08-16222 KT.

**EXHIIBT 2:** Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay entered 10/28/08 as docket entry 26 in case number 1:08-16222 KT.

**EXHIBIT 3:** Complaint for (1) Declaratory Relief; (2) Quiet Title; (3) Wrongful Foreclosure; (4) Breach of Fiduciary Duty; and (5) Attorney's Fees filed November 12, 2008 in adversary proceeding number 1:08-01590 KT.

**EXHIBIT 4:** Clerk's Default against all defendants entered on December 18, 2008 as docket entry 6 in adversary proceeding number 1:08-01590 KT.

Based on all the foregoing, the Debtor respectfully requests that the Court *deny* US Bank's Remand Motion with prejudice and grant such other and further relief as the Court may deem appropriate under the circumstances.

Dated: December 23, 2008

**Lewis R. Landau**
**Attorney at Law**


By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorney for Defendant

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Vahak A Papasian**<br>21031 Ventura Blvd Ste 315<br>Woodland Hills, CA 91364<br>**818-914-2515 Fax: 888-914-2550**<br>California State Bar Number: 193380<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Alan Jay Baron** | CHAPTER ___13___<br>CASE NUMBER 08-16222 |
|---|---|
| Debtor(s). | DATE:   **October 23, 2008**<br>TIME:    **9:30 am**<br>CTRM: **301** |

## RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION
## THE AUTOMATIC STAY UNDER 11 U.S.C. §362 AND DECLARATION(S) IN SUPPORT
### (MOVANT: <u>U.S. Bank, N.A.</u>
### (RESPONDENT: ☒ Debtor ☐ Trustee ☐ Other: _____)

> **_GENERAL NOTE_:** A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

> **_NOTE_:** If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date):*

   The reason for this request is *(specify):*

*(Continued on next page)*

---

*Revised May 2004*
   This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.RES**

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

4

| In re | CHAPTER: __13__ |
|---|---|
| **Alan Jay Baron** | CASE NO.: **08-16222** |
| Debtor(s). | |

3. ☒ **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

    a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

        ☐ The value of the Property is $ _____, based upon *(specify):* _____

        ☐ Total amount of debt (loans) on the Property is $ _____.

        ☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

        ☒ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

        ☐ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

        ☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

        ☒ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

        ☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

        ☐ Service of the Motion: ☐ Not all parties were served ☐ Insufficient notice of the hearing

        ☐ Incorrect address used for *(specify)* _____

        ☐ Other *(specify):*

  b. Respondent asserts:

        ☐ Case has been converted from Chapter _____ to Chapter _____.

        ☐ All postpetition arrears will be cured by the hearing date.

        ☐ The Debtor has equity in the Property in the amount of $ _____.

        ☐ Movant has an equity cushion of $ _____ which is sufficient to provide adequate protection.

        ☒ The Property is necessary for an effective reorganization because *(specify reasons why):* **The property is not only Debtor's residence, but is also the source of half his income. Debtor receives $3000/mo in rent from a warehouse type structure on his property. Without the property he won't be able to afford a place to live and can't effectively reorganize. With the property, the Debtor can pay for all his expenses, a Chapter 13 Plan, and have excess cash to pay for rent/mortgage that will become a necessary expense when the litigation concerning the illegal foreclosure is resolved.**

        ☒ The Motion should be denied because *(specify):* **The Debtor needs an opportunity to resolve very complicated issues regarding his mortgage and potential TILA and RESPA violations, an illegal/improperly conducted foreclosure, and U.S. Banks/Countrywide's rights as secured lenders. Resolution of these matters will affect the Debtor's Chapter 13 plan via assets available and expenses to be incurred. If successful, Debtor will have a major asset to be included as part of the bankruptcy estate. In order to be successful however, Debtor needs the**

*Revised May 2004*
    This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California
                                                       **F 4001-1M.RES**

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                                Best Case Bankruptcy

5

| In re | CHAPTER: __13__ |
|---|---|
| **Alan Jay Baron** | CASE NO.: **08-16222** |
| Debtor(s). | |

income from the property to survive as well as maintaining a roof over his head.

*(Continued on next page)*

*Revised May 2004*
    This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

| In re | | CHAPTER: __13__ |
|---|---|---|
| **Alan Jay Baron** | | CASE NO.: 08-16222 |
| | Debtor(s). | |

4.    **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

*NOTE RE SUPPORTING PAPERS:* Declarations in opposition to the Motion *MUST* be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but is not required.

*NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS:* Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

☒ Declaration by Debtor ☐ Declaration by Debtor's Attorney

☐ Declaration by Trustee ☐ Declaration by Trustee's Attorney

☐ Declaration by Appraiser ☐ Memorandum of Points and Authorities (*optional*)

☒ Other (*specify*): Litigation Attorney for Debtor

Dated: **October  8, 2008**

Respectfully submitted,

Alan Jay Baron, Debtor
Respondent's Name

**Law Office of Vahak A Papasian**
Law Firm Name (if applicable)

By: _____
Signature

Name:    **Vahak A Papasian 193380**
Attorney    for    Respondent    or    Pro    Se
Respondent

*Revised May 2004*    **F 4001-1M.RES**
    This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

7

# DECLARATION OF ALAN JAY BARON

I, Alan Jay Baron, declare and state as follows:

1. I am the Debtor in the instant bankruptcy case (# 08-16222). The facts stated herein are known by my personal knowledge and if called to testify, I could and would competently do so.

2. On or about April 4, 2008, my property at 29711 Harvester Road, in Malibu, California was foreclosed.

3. I believe the foreclosure was done either illegally or improperly, and I have been seeking legal advice regarding the matter.

4. The first time I filed bankruptcy this year was around the time I learned about the fact that the foreclosure was done either illegally or improperly. Based on my knowledge of the matter at that time, I was unable to determine my legal and financial standing, and therefore I was unable to propose a feasible chapter 13 plan. In addition, I was deluged with legal papers, I was trying to fight an unlawful detainer action (as a result of the illegal or improper foreclosure), and I was trying to work and earn a living at a relatively new job. My inability to file a Chapter 13 Plan was due purely to the extreme circumstances I was in which prevented me from determining what I could and couldn't do, legally and financially. I did not file my first bankruptcy petition in bad faith.

5. Since the time of my first case, my situation has improved. I now know more about my rights and have a strategy to follow. I am more stable in my employment. I have currently filed a Chapter 13 plan and made my first plan payment.

6. Most importantly, I have hired an attorney by the name of Neil Garfield to represent me with respect to voiding the foreclosure and regaining ownership of my property. I expect to have filed an adversary proceeding before my plan confirmation hearing on October 20, 2008.

8

1    7. I need my property not just to live in but also for the $3000/mo in rental income I
2   receive by renting out the warehouse type structure on my property. This is especially true while
3   I seek to regain ownership of my property.
4       8. I need my property to continue with my Chapter 13 because I receive half my income,
    approximately $3000/mo, from the property. My expenses are approximately $3000 per month,
5   NOT accounting for rent or mortgage payments. Therefore, if I lose my house, I will not be able
6   to afford someplace to live. With the house, I can meet all my expenses, complete a Chapter 13
7   plan, and have $3000/mo held back to pay for rent or mortgage upon the conclusion of the
8   litigation regarding the foreclosure on my property.
9       I declare under penalty of perjury under the laws of the state of California and the United
10  States of America that the foregoing is true and correct.
11      Executed this 7th day of October 2008, at Woodland Hills, California.
12
13
14                                  Alan Jay Baron, Debtor
15
16
17
18
19
20
21
22
23
24
25

## DECLARATION OF NEIL GARFIELD

I, Neil Garfield, declare and state as follows:

1. I am an attorney duly licensed to practice law. The facts stated herein are known by my personal knowledge and if called to testify, I could and would competently do so.

2. I was hired by Alan Baron to investigate and pursue his rights regarding a potentially illegal foreclosure respecting his property located at 29711 Harvester Road, in Malibu, California.

3. Based on my investigation thus far, I believe the foreclosure was conducted in violation of law.

4. I am in the process of preparing a complaint to assist Alan Baron in regaining ownership of his property, and intend to file an adversary proceeding within a couple of weeks.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed this 7th day of October 2008, at ___Malibu___, California.

_____
Neil Garfield
Fla Bar #229318
Pro Hac Vice

| | |
|---|---|
| In re<br><br>**Alan Jay Baron**<br><br>Debtor(s). | CHAPTER: __13__<br><br>CASE NO.: **08-16222** |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF <u>LOS ANGELES</u>

1.    I am over the age of 18 and not a party to the within action. My business address is as follows:

2.    On <u>10-8-2008</u>, pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as: RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 and DECLARATION(S) IN SUPPORT on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at <u>Woodland Hills</u>, California, addressed as follows as set forth below:

3.    Parties and addresses upon which service was made:

> **NOTE**: *The parties listed below must be served and identified as to their position in reference to the Motion: The United States Trustee, the Chapter 7, 11, or 13 Trustee, Movant, Movant's attorney (if any), the 20 largest unsecured creditors (where applicable), and any other interested parties.*

☒ UNITED STATES TRUSTEE:
(Name, address)
   **United States Trustee (SV)**
   **21051 Warner Center Lane**
   **Woodland Hills, CA 91364**

☒ CHAPTER 7, 11, OR 13 TRUSTEE:
(Name, address)
   **Elizabeth Rojas**
   **15060 Ventura Blvd Ste 240**
   **Sherman Oaks, CA 91403**

☒ MOVANT:
(Name, address)
   **U.S. Bank**
   **c/o Miles Bauer Bergstrom & Winters**
   **1665 Scenic Avenue Suite 200**
   **Costa Mesa, CA 92626**

☒ ATTORNEY FOR MOVANT (if any):
(Name, address)
   **Mark T. Domeyer, Esq**
   **Miles Bauer Bergstrom & Winters**
   **1665 Scenic Avenue Suite 200**
   **Costa Mesa, CA 92626**

☐ OTHER:
(Specify capacity in which service is made; e.g., Creditors Committee or 20 largest unsecured creditors, etc.)

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **October  8, 2008**

_____
**Vahak A. Papasian**
*Typed Name*

_____
*Signature*

*Revised May 2004*
   This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# EXHIBIT 2

| In re: Alan Jay Baron | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 08-16222 |

FILED & ENTERED

OCT 28 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number

Vahak A Papasian, Esq. SB# 193380
21031 Ventura Blvd Ste 315
Woodland Hills, CA 91364
818.914.2515 Fax: 888-914-2550

☐ Individual appearing without counsel
☒ Attorney for Movant

FOR COURT USE ONLY

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: | CHAPTER: 13 |
|---|---|
| Alan Jay Baron | CASE NO.: 08-16222 |
| Debtor(s). | DATE: October 16, 2008<br>TIME: 10:00 am<br>CTRM: 301<br>FLOOR: 3 |

## ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY
## (MOVANT:____Alan Jay Baron____)

1.  The Motion was:    ☒ Contested    ☐ Uncontested    ☐ Settled by Stipulation

2.  The Motion affects the following personal property ("Property"):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

        *Vehicle Identification Number:*
        *Location of vehicle (if known):*

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

        *Serial numbers(s):*
        *Location (if known):*

    ☒ Other Personal Property *(describe type, identifying information, and location)*:  All personal property of Debtor

    ☒ Real Property:
        *Street Address: 29711 Harvester Road*
        *Apt/Suite No.:*
        *City, State, Zip Code:  Malibu, CA 90265*

        Legal description or document recording number (including county of recording):

        ☐ See attached page.

3.  The Motion is granted **as to all creditors except U.S. Bank** on the grounds that:

    a.  ☒ The present case was filed in good faith.

13

| In re: Alan Jay Baron | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 08-16222 |

    b. ☐ The Property is of consequential value or benefit to the estate.

    c. ☐ The presumption of bad faith under 11 U.S.C.§362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

    d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4.     The stay of 11 U.S.C. § 362(a) is

    a. ☒ Imposed *as to all creditors* until further order of the court, **except U.S. Bank**.

    b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

    c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

    d. ☒ Continued *as to all creditors* until further order of the court, **except U.S. Bank.**

    e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

    f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

6. ☐ See attached continuation page for additional provisions.

###

DATED: October 28, 2008

Kathleen Thompson

United States Bankruptcy Judge

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT:_____)

*(This Attachment is the continuation page for Paragraph 5 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Movant tendered payments at the hearing in the amount of $_____.

2. ☐ The Movant shall make regular monthly payments in the amount of $_____ commencing _____. All payments due Secured Creditor/Lessor hereunder shall be paid to the following address:

   _____

   _____

   _____

   _____

3. ☐ The Movant shall cure the postpetition default computed through _____in the sum of $_____ as follows:

   a. ☐ In equal monthly installments of $_____each commencing_____ and continuing thereafter through and including _____,

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☐ The Movant shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ Upon any default in the foregoing terms and conditions, Secured Creditor/Lessor shall serve written notice of default to Movant, and any attorney for Movant. If Movant fails to cure the default within 10 calendar days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☐ Secured Creditor/Lessor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

   c. ☐ The Secured Creditor/Lessor may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

   d. ☐ The Secured Creditor/Lessor may move for relief from the stay on regular notice.

*(Continued on next page)*

6. ☐ Notwithstanding anything contained herein to the contrary, the Movant shall be entitled to a maximum of _____ (number) notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Movant has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Secured Creditor/Lessor shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Secured Creditor/Lessor shall be entitled, without first serving a notice of default and providing the Movant with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Movant's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

7. ☐ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

8. ☐ If Secured Creditor/Lessor obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

9. ☐ Secured Creditor/Lessor may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

10. ☐ Other (specify):