| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau, Attorney at Law (SBN 143391)<br>23564 Calabasas Road, Suite 104<br>Calabasas, CA 91302<br>Voice and Fax: (888)822-4340<br>Email: Lew@Landaunet.com<br><br>*Attorney for* Defendant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Alan Jay Baron<br><br>Debtor(s). | |
|---|---|
| U.S. Bank National Association as Trustee for the Benefit of Harborview 2005-16 Trust Fund,<br>Plaintiff(s). | CHAPTER: 13<br>CASE NO.: 1:08-16222 KT |
| vs.<br><br>Alan Jay Baron<br><br>Defendant(s). | ADVERSARY NO.: 1:08-01591 KT<br><br>DATE: 1/20/09<br>TIME: 3:00 pm<br>PLACE: 301 |

# JOINT STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1. Have all parties been served?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☒ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?  ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*: Once plaintiff's remand motion was denied, Defendant requested a Rule 7026-1 meeting. The meeting has yet to occur.

*(Continued on next page)*

Joint Status Report - *Page 2*  F 7016-1.1

| In re Alan Jay Baron | CHAPTER: 13 |
|---|---|
| | CASE NO.: 1:08-16222 KT |
| Debtor(s). | ADVERSARY NO.: 1:08-01591 KT |

**B.  READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | After resolution of AP 1:08-01590 KT | After resolution of AP 1:08-01590 KT |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | See B1 | See B1 |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | See B1 | See B1 |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | See B1 | See B1 |

**C.  TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | 4 days. | Less than 1 day. |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | Presently unknown; likely more than 6. | Presently unknown; likely less than 5. |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Presently unknown. | Unknown. |

*(Continued on next page)*

Joint Status Report - *Page 3*  F 7016-1.1

| In re Alan Jay Baron | CHAPTER: 13 |
|---|---|
| | CASE NO.: 1:08-16222 KT |
| Debtor(s). | ADVERSARY NO.: 1:08-01591 KT |

**D.  PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pre-trial conference ___ (is)/ _X_ (is not) requested.
Reasons:  Pretrial is unnecessary as this matter should resolve based upon the outcome of AP 1:08-01590 KT.

<u>Defendant</u>

Pre-trial conference ___ (is)/ _✓_ (is not) requested.
Reasons:  Case is not complex; pretrial unnecessary. Case likely determined based on outcome of AP 1:08-01590 KT.

<u>Plaintiff</u>

Pre-trial conference should be set <u>after</u>:

(date) _____

<u>Defendant</u>

Pre-trial conference should be set <u>after</u>:

(date) _____

**E.  SETTLEMENT:**

1. What is the status of settlement efforts?
   None.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff               Defendant
   ☐ Yes  ☒ No            ☐ Yes  ☒ No

*(Continued on next page)*

Joint Status Report - Page 4     F 7016-1.1

| In re Alan Jay Baron | CHAPTER: 13 |
| --- | --- |
| | CASE NO.: 1:08-16222 KT |
| Debtor(s). | ADVERSARY NO.: 1:08-01591 KT |

**F. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Debtor/Defendant: This adversary proceeding should trail AP 1:08-1-01590 KT which is a quiet title action concerning the validity of the underlying foreclosure sale. If Debtor prevails in AP 1:08-01590 KT, then this action is moot and Defendant will move to dismiss the action.

Respectfully submitted,

Dated: 01/06/2009            Dated: 01/06/09

Miles, Bauer, Bergstrom & Winters LLP        Lewis R. Landau, Attorney at Law
*Firm Name*                                                                   *Firm Name*

By: /s/ Tami S. Crosby                    By: /s/ Lewis R. Landau

Name: Tami S. Crosby                Name: Lewis R. Landau, Attorney at Law

Attorney for: U.S. Bank National Association as Trustee for the Benefit of Harborview 2005-16 Trust Fund     Attorney for: Alan Jay Baron, Defendant

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**