**Lewis R. Landau (CA Bar No. 143391)**
**Attorney-at-Law**
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888) 822-4340

Attorney for Defendant
Alan Jay Baron

FILED & ENTERED

JAN 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY natan    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Alan Jay Baron,<br><br>    Debtor. | Chapter 13<br><br>Case No.: 1:08-16222 KT<br><br>Adv. No.: 1:08-01591 KT |
| U.S. Bank National Association as Trustee for the Benefit of Harborview 2005-16 Trust Fund,<br>    Plaintiff,<br>vs.<br>Alan Jay Baron,<br>    Defendant. | **ORDER DENYING MOTION FOR REMAND**<br><br>Date:    January 6, 2009<br>Time:   11:00 a.m.<br>Place:   Courtroom 301; Judge Thompson<br>           3rd Floor<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

On January 6, 2009 at 11:00 a.m. the Court considered the "Notice of Motion and Motion Order for Remanding Case to State Court, Filed by U.S. Bank National Association" ("Motion"). The Court, finding good cause therefore and based on the arguments set forth in the defendant's opposition papers, hereby **ORDERS** as follows:

The Motion is denied.  **IT IS SO ORDERED.**

###

DATED: January 13, 2009

*Kathleen Thompson*
United States Bankruptcy Judge

ORDER −1−

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23564 Calabasas Road, Suite 104, Calabasas, CA 91302

The foregoing document described: **ORDER DENYING MOTION FOR REMAND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___1/6/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

US Mail:
Attorney for Plaintiff:
Tami S. Crosby
Miles, Bauer, Bergstrom & Winters, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

Judge Kathleen Thompson,
US Bankruptcy Judge
21041 Burbank Blvd, Suite 305
Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/6/09 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

ORDER −2−

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*):
**ORDER DENYING MOTION FOR REMAND**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____1/6/09_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Tami S Crosby   tcrosby@mileslegal.com
Lewis R Landau   lew@landaunet.com
United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

ORDER  −3−